# Court of Appeals
# of the State of Georgia

ATLANTA,____August 23, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2011.  JAMES MONROE DAILEY v. THE STATE.**

James Monroe Dailey has filed a direct appeal from the trial court's order of May 10, 2016, which denied his motions to set aside a void judgment and to recuse the trial judge.  We lack jurisdiction.

Dailey filed an application for discretionary review of the same trial court order, which we dismissed on the merits.  See Case No. A16D0447 (dismissed on July 14, 2016).  "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002).  Our ruling in the prior appeal is res judicata. *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  Thus, Dailey is estopped from seeking further judicial review on these issues. See id.; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011).  Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/23/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*